*Diane Finkle*

04/28/2014 NO OBJECTIONS HAVING BEEN FILED AND THE CHAPTER 13 TRUSTEE HAVING CONSENTED. THE MOITON IS GRANTED.

04-24 '14 AM10:56

UNITED STATES BANKRUPTCY COURT

DISTRICT OF RHODE ISLAND

IN RE : Lisa A . Gallagher        BK No. 1:14-bk-10813

EMERGENCY MOTION FOR VOUNTARY DISMISSAL OF DEBTOR'S

CHAPTER 13 PETITION

Now comes the debtor , in the above entitled matter and herein moves this court to immediately allow for the voluntary dismissal of the Chapter 13 Petition .

As reason thereof , the plaintiff has learned that the filing of said Petition has adversely effected her ability to maintain and continue to pursue her rights in an unrelated federal case (1:13 –CV-00038 M-LDA) which relates to and pertains to the proposed foreclosure of her personal residence . More particularly , she may be unable to secure the interlocutory relief she otherwise would have likely been awarded .

The emergency nature of the motion is predicated upon the fact that a foreclosure sale is scheduled for April 30, 2014 and unless and until this Chapter 13 case is officially dismissed the debtor/plaintiff will be unable to pursue her remedies in the aforementioned federal civil case expeditiously enough to prevent the sale of her property. The debtor/plaintiff will need to have the claim for injunctive relief filed in the next day or so to have any effect upon the foreclosure sale .

The debtor feels certain that no party to the Chapter 13 case would have any legitimate reason to object to a voluntary dismissal.

WHEREFORE the debtor moves to voluntarily dismiss her Chapter 13 Petition pursuant to Section 109 (g)

*Lisa A. Gallagher*

Lisa A. Gallagher , Pro Se

74C Valley Green Court

North Providence , R.I. 02904

401 4870590

Certificate of Service

I Lisa Gallagher herein certify that all interested parties have been notified electronically including the trustee, and opposing counsel Shanna Boughton, ESQ

*[signature: Lisa G. Gallagher]*

Lisa A. Gallagher